**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** MA | **Category No.** ___ | **Investigating Agency** FBI | |
| **City** Fairhaven | **Related Case Information:** | | |
| **County** Bristol | Superseding Ind./ Inf. ___ | Case No. ___ | |
| | Same Defendant ___ | New Defendant ___ | |
| | Magistrate Judge Case Number ___ | | |
| | Search Warrant Case Number 24-MJ-6600-6604-MPK | | |
| | R 20/R 40 from District of ___ | | |

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ___  ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name: Brendan Lawler    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: ___

Address: 27 McGurk Street, Apartment 3, New Bedford, Massachusetts 02744

Birth date (Yr only): 1967    SSN (last 4#): 5137    Sex: M    Race: ___    Nationality: ___

**Defense Counsel if known:** ___    Address: ___

Bar Number: ___

**U.S. Attorney Information**

AUSA: Meghan C. Cleary    Bar Number if applicable: NY 5526942

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: ___

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** 27 McGurk Street, Apartment 3, New Bedford, Massachusetts 02744

**Arrest Date:** ___

☐ Already in Federal Custody as of ___ in ___ .
☐ Already in State Custody at ___   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 8/25/2025    Signature of AUSA: /s/ Meghan C. Cleary

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** Brendan Lawler

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire Fraud | 1 |
| Set 2 | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**